UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN C. SHEPARD,

                    Plaintiff,

        -against-

BRENDA JACOBS-EPPS,

                    Defendant.

24-CV-4114 (LTS)

CIVIL JUDGMENT

By order dated August 26, 2024, the Court dismissed this action for lack of subject matter jurisdiction, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint.

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 29, 2024
           New York, New York

                          /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                       Chief United States District Judge